## (April 10, 1962)

■ ETHEL P. FARRELL, Respondent, v. HENRY REED, Appellant.— Appeal from an order of the Supreme Court at Special Term which granted plaintiff's motion for examination of defendant before trial and for discovery and inspection, against defendant's contention that plaintiff waived her rights to these pretrial procedures by her prior filing of a note of issue and a statement of readiness (Special Rule Respecting Calendar Practice, Appellate Division, 3d Dept.) The reasons advanced by plaintiff's attorney for his delay in moving, continuing until the retainer of trial counsel, do not account for the premature filing of the statement of readiness; but Special Term was warranted in finding in the nature and circumstances of this wrongful death action, in which the facts of the accident are solely within defendant's knowledge, sufficient grounds to relax the rigid enforcement of the special rule and we may not disturb this reasonable exercise of the court's discretion. (See *Liberty Dressing Co.* v. *Foster Sportswear Co.*, 14 A D 2d 196, 197; *McGuire* v. *Pick*, 8 A D 2d 800, 801; *Amkraut* v. *Roanoke Garment Co.*, 5 A D 2d 863.) Order unanimously affirmed, with $10 costs. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

## (April 11, 1962)

■ SHAKER CENTRAL TRUST FUND, Respondent, v. CRUSADE FOR CHRIST, INC., Appellant.— Motion for stay of proceedings pending appeal to this court from an order denying a motion to set aside a foreclosure sale. Motion granted on the following terms and conditions. 1. That within 10 days of the date of this decision, the defendant-appellant provide security for costs as prescribed by section 593 of the Civil Practice Act. 2. That within 10 days of the date of this decision, the defendant-appellant provide additional security in the amount of $1,000 to safeguard plaintiff-respondent against waste. 3. That the record on appeal and the brief of the defendant-appellant be filed in this court on or before April 23, 1962 and the brief of the plaintiff-respondent be filed on or before April 30, the appeal to be added to the calendar and argued at a term of this court commencing April 30, 1962. Both parties may submit typewritten copies of their respective papers. Coon, J. P., Gibson, Herlihy and Reynolds, JJ., concur; Bergan, P. J., taking no part.

## (April 13, 1962)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM WHEELER, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Order unanimously affirmed, without costs. No opinion. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NICHOLAS KAMISAROFF, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Order unanimously affirmed, without costs. No opinion. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.